

Tuesday, December 30, 2014

No. 15–0222/AR. U.S. v. Jamel E. Greene. CCA 20120805. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 14, 2015.

No. 15–0264/MC. U.S. v. Christopher L. Olcott. CCA 201300228. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 20, 2015.

No. 15–0265/AF. U.S. v. Shawn J. Parker. CCA S32148. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 20, 2015.

Wednesday, December 31, 2014

No. 14–0767/AR. U.S. v. Brian A. Murphy. CCA 20120556. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED IN CONCLUDING THAT AMMUNITION CONSTITUTES AN EXPLOSIVE